No. 108, Orig.  NEBRASKA *v.* WYOMING ET AL.  Third Interim Report of the Special Master on Motions to Amend Pleadings received and ordered filed.  Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days.  Reply

briefs, if any, may be filed by the parties within 30 days. [For earlier order herein, see, *e. g.*, 511 U. S. 1066.]